# United States Court of Appeals for the Fifth Circuit

_____

No. 22-51085

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 14, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jordan Keyshawn Sansom,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-159-1

_____

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Jordan Sansom has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). We subsequently directed counsel to file supplemental briefing addressing "whether there is a nonfrivolous issue for appeal on plain error review regarding whether Sansom's conviction under 18 U.S.C. § 922(g)(1) violates

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-51085

the Second Amendment under *New YorkP State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022)." Counsel has done so, and Sansom has not responded to either filing.

We have reviewed counsel's briefing and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5th Cir. R. 42.2.